IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08 CV 124

| | |
|---|---|
| INTERNET DIRECT RESPONSE, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | ORDER |
| ) | |
| FRED BUCKLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on Lex M. Erwin's Application for Admission to Practice *Pro Hac Vice* of Gregory L. Doll. It appearing that Gregory L. Doll is a member in good standing with the California Bar and will be appearing with Lex M. Erwin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Lex M. Erwin's Application for Admission to Practice *Pro Hac Vice* (#14) of Gregory L. Doll is **GRANTED**, and that Gregory L. Doll is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Lex M. Erwin.

Signed: June 12, 2008

_____
Dennis L. Howell
United States Magistrate Judge