# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV124

| | |
|---|---|
| INTERNET DIRECT RESPONSE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> FRED BUCKLEY, ) <br> ) <br> Defendant. ) <br> ) | **J U D G M E N T** |

**THIS MATTER** is before the Court on Plaintiff's motion to confirm the Arbitration Award as provided in the Final Status Report filed by the arbitrator on March 10, 2009. **See Arbitration Judgment, *attached to* Final Status Report, filed March 10, 2009.** Defendant has filed no objections to the arbitrator's award nor to Plaintiff's motion to confirm the award.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the arbitration award herein is hereby **AFFIRMED**, and the Plaintiff shall have and recover of Defendant Fred Buckley the sum of **ONE HUNDRED TWENTY-FIVE THOUSAND, SEVENTY-THREE DOLLARS AND THIRTY**

**CENTS ($125,073.30)** in damages; the sum of **TWENTY-FIVE THOUSAND, NINE HUNDRED SIXTY-TWO DOLLARS AND FORTY-FOUR CENTS ($25,962.44)** in prejudgment interest; and costs in the amount of **TWO THOUSAND DOLLARS ($2,000.00)**.

Signed: May 12, 2009

Lacy H. Thornburg
United States District Judge